**Order entered September 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00651-CV

## IN THE INTEREST OF R.M. AND R.M., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-52721-07**

## ORDER

Before the Court is appellant's September 21, 2015 motion to abate or alternatively, second motion to extend the briefing deadline. In her motion, appellant asserts the reporter's record is inaccurate and incomplete. Specifically, she asserts "Exhibit 1 is not what was admitted. Exhibit 3 is missing entirely." She seeks abatement, or, in the alternative, additional time to file her brief, to allow the court reporter an opportunity to file a correct and complete record.

From our review of the reporter's record, it appears Exhibit 1 is "what was admitted," and neither party offered an Exhibit 3. However, the reporter's record is missing "Mother's Exhibit 10," a drawing by the parties' daughter. Accordingly, we **GRANT** appellant's motion to the extent we **ORDER** court reporter Janet L. Dugger to file, no later than October 2, 2015, a supplemental reporter's record containing "Mother's Exhibit 10." We further **ORDER** Appellant to file her brief no later than November 2, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dugger and the parties.

/s/    CRAIG STODDART
JUSTICE